[No. 44982-6-I. Division One. September 18, 2000.]

SILVER FIRS TOWN HOMES, INC., ET AL., *Appellants* v. SILVER LAKE WATER DISTRICT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-06993-5, Thomas J. Wynne, J., entered July 2, 1999. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Webster and Appelwick, JJ. Now published at 103 Wn. App. 411.

[No. 45377-7-I. Division One. September 18, 2000.]

PAUL ZALUD, ET AL., *Appellants*, v. JAMES BOLTZ, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-2-08124-6, Thomas J. Wynne, J., entered September 27, 1999. *Affirmed in part* and *reversed in part* by unpublished opinion per Ellington, J., concurred in by Webster and Cox, JJ.

[No. 45443-9-I. Division One. September 18, 2000.]

GARY R. KLEIN, *Appellant* v. SEATAC FOODS, L.L.C., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-14676-1, Donald D. Haley, J., entered July 26, 1999. *Reversed* by unpublished opinion per Howard, J. Pro Tem., concurred in by Webster and Baker, JJ.

[No. 44666-5-I. Division One. September 18, 2000.]

JOHN C. RADOVICH, ET AL., *Appellants*, v. COLLINS, L.L.C., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-31114-4, Jay V. White, J., entered April 30, 1999. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid, C.J., and Appelwick, J.